No. 72–6213. HUNTER *v.* GENERAL MOTORS CORP. ET AL., 411 U. S. 973. Motion for leave to file petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.